ACCEPTED
201333528A
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 4:46:16 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00706-CV

IN THE FIRST COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 4:46:16 PM
CHRISTOPHER A. PRINE
Clerk

ACCURATE PRECISION PLATING, LLC,

*Appellant,*

v.

JUAN GUERRERO, GUERRERO PLATING, LLC, and

ALLIED PLATING, LLC,

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW Accurate Precision Plating, LLC, Appellant, and in compliance with Tex. R. App. P. 38.6(d) and 10.5(b) files this First Motion to Extend Time to File Appellant's Brief. In support, Appellant shows the following:

## FACTUAL OVERVIEW

The appeal of this matter was filed on September 3, 2014. The Clerk's Record was filed on September 24, 2014 and the Reporter's record was filed on November 24, 2014. Using these dates, Appellant's brief would have been due on December 29, 2014.

Although a previous motion to extend time was filed, it was rejected given the filing of the Reporter's Record and was never considered. Thus, this is the first request for an extension that will be considered by the Court.

## ARGUMENT AND AUTHORITIES

Given the holidays and various settings that counsel for Accurate Precision Plating has had over the past month, it has been impractical to brief the issues during the time provided under the Rules.

Accordingly, Appellant asks this Court to excuse the late filing of Appelant's brief and set the brief deadline for February 20, 2015. This extension of time will provide Appellant's counsel to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has attempted to confer with opposing counsel but has not been successful in reaching them. Should contact be made prior to the grant or denial of the motion, counsel will contact the Court to so advise or otherwise supplement this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## **PRAYER FOR RELIEF**

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to February 20, 2015. Appellant also requests all other relief to which it may be entitled.

Respectfully submitted,

_____
M. Lane Lowrey
Kelley Kronenberg
1001 McKinney, Suite 300
Houston, Texas 77002
713.929.3336 Telephone
713.929.3337 Facsimile
llowrey@kelleykronenberg.com

***Counsel for Appellant***

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with counsel for Appellees regarding this motion and have been unable to reach them.

_____
M. Lane Lowrey

## CERTIFICATE OF SERVICE

I certify that on February 2, 2015, I served a copy of this motion to the following counsel by First Class U.S. Mail and/or facsimile:

_Facsimile: 713.782.5002_
Pam Rea
6100 Chapman
Houston, Texas
_Counsel for Appellee Allied Plating LLC_

_Facsimile: 713.782.2962_
Loreta Rea
P.O. Box 571085
Houston, Texas 77257
Counsel for Appellees Guerrero Plating Technology LLC and Juan Guerrero

_____
M. Lane Lowrey